REMY KESSLER (SBN 123165)
rkessler@constangy.com
AYAN K. JACOBS (SBN 329934)
ajacobs@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: 310-909-7775
Facsimile: 424-465-6630

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MELLON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03950-DSF (AGRx)<br><br>**DEFENDANT UNIVERSAL CITY STUDIOS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**Date:** July 18, 2022<br>**Time:** 1:30 p.m.<br>**Ctrm:** 7D |

1
**DEFENDANT UNIVERSAL CITY STUDIOS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**

**TO PLAINTIFF JAMES MELLON AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 18, 2022, at 1:30 p.m., or as soon thereafter as counsel can be heard in Courtroom 7D of the above-entitled Court, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendant Universal City Studios LLC will and hereby does move to dismiss Plaintiff James Mellon's ("Plaintiff") purported first, second, third and fourth claims in his Class Action Complaint, pursuant Federal Rules of Civil Procedure Rule 12(b)(6), on the grounds that (1) each of the purported claims is preempted by Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185(a); and (2) the Complaint fails to allege that Plaintiff exhausted the applicable collective bargaining agreement's grievance and arbitration procedure. As a result, the Complaint fails to state any claims upon which relief can be granted and must be dismissed in its entirety.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith, the pleadings and papers on file herein, and upon such other evidence and argument as may be presented to the Court at the time of the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 26, 2022.

Dated: June 21, 2022       **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   /s/ *Remy Kessler*
      Remy Kessler
      Ayan K. Jacobs
      Attorneys for Defendant
      UNIVERSAL CITY STUDIOS LLC