JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MELLON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03950-DSF-AGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

## ORDER

Based on the Joint Stipulation submitted by Plaintiff James Mellon and Defendant Universal City Studios LLC pursuant to Fed. R. Civ. P. 41(a), this matter is dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs and neither party shall seek costs or fees from the other. Plaintiff also shall not file any further pleadings in this matter and shall not appeal from or in any way challenge the Court's September 2, 2022 Order DENYING Plaintiff's Motion to remand (Dkt. 20) and GRANTING Defendant's Motion to Dismiss (Dkt. 21). Dkt. 29.

**IT IS SO ORDERED.**

Dated: September 22, 2022

_____
DALE S. FISCHER
United States District Judge